FILED

NOV X 7 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BYRD FERGUSON, | No. C 04-02565 SI |
| Petitioner, | **ORDER RE: PETITIONER'S FAILURE TO FILE TRAVERSE** |
| v. | |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | |

On August 17, 2005, the Court granted petitioner's second request for an extension of time, and allowed petitioner to September 30, 2005 to file a traverse.[1] Petitioner has not filed a traverse, nor has petitioner filed any request for a further extension of time.

Petitioner is hereby ORDERED to either file a traverse **on or before November 23, 2005**, or to formally request a further extension by that date, supported by an affidavit setting forth why there is good cause for granting a further extension. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 7, 2005

SUSAN ILLSTON
United States District Judge

---

[1] Petitioner's first extension of time, requested on May 29, 2005, was for one month. Petitioner's second extension, requested on August 14, 2005, was for six weeks.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Ferguson,

        Plaintiff,

v.

Schwarzenegger et al,

        Defendant.

Case Number: CV04-02565 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa Michelle Bassis
P.O. Box 480014
Los Angeles, CA 90048

Morris Beatus
California Attorney General Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: November 7, 2005

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk