1

2

3

4

5                           IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    RANDALL BYRD FERGUSON,                          No. C 04-2565 SI

9              Petitioner,                           **ORDER GRANTING IN PART AND
                                                     DENYING IN PART REQUEST FOR**
10     v.                                            **CERTIFICATE OF APPEALABILITY**

11   ARNOLD SCHWARZENEGGER, Governor,

12             Respondent.
                                              /

13

14          Petitioner has filed a notice of appeal of the judgment entered on January 11, 2007.  Pursuant to

15   Federal Rule of Appellate Procedure 22(b), the Court has reviewed the record in this case and issues a

16   certificate of appealability on petitioner's claim that the trial court violated his rights under the Sixth and

17   Fourteenth Amendments when it denied his request for a continuance to substitute counsel on the day

18   of sentencing.

19          The Court denies petitioner's request for a certificate of appealability on the remaining claims

20   because petitioner has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C.

21   § 2253(c)(2).  As set forth in the Court's August 9, 2006 order, petitioner's equal protection challenge

22   fails because there is a rational basis for punishing the transportation of an illegal drug more severely

23   than simple possession.  Petitioner's due process challenge to the word "transport," as used in California

24   Health and Safety Code § 11531, is actually an impermissible challenge to the California Supreme

25   Court's interpretation of "transport" in *People v. Rogers*, 5 Cal. 3d 129 (1971).  Finally, petitioner's

26   claim concerning the need for a "technical" jury instruction on the definition of "transport" is

27   procedurally barred due to defense counsel's failure to object to the jury instruction actually given, and

28   even if this claim was not procedurally barred, it would fail on the merits.

**United States District Court**

For the Northern District of California

Accordingly, the Court GRANTS in part and DENIES in part petitioner's request for a certificate of appealability.  (Docket No. 29).

**IT IS SO ORDERED.**

Dated:   February 9, 2007

_____
SUSAN ILLSTON
United States District Judge